UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | | |
| v. | : | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| | : | and § 841(b)(1)(B)(ii) |
| **FRANCIS PEREZ,** | : | (Unlawful Possession With Intent to Distribute |
| **Defendant.** | : | 500 Grams or More of Cocaine); |
| | : | 18 U.S.C. § 1519 |
| | : | (Unlawful Destruction, Alteration or |
| | : | Concealment of Records or Tangible Objects |
| | : | In Federal Investigations) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about September 16, 2006, within the District of Columbia, **FRANCIS PEREZ and a co-conspirator**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

(**Unlawful Possession With Intent to Distribute of 500 Grams or More of Cocaine and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2)

### COUNT TWO

On or about September 16, 2006, within the District of Columbia, **FRANCIS PEREZ**, did knowingly alter, destroy, mutilate, conceal, and cover up records, documents, controlled substances

and other tangible objects with the intent to impede, obstruct, and influence an investigation within the jurisdiction of the U.S. Department of Justice.

    (**Unlawful Destruction, Alteration or Concealment of Records or Tangible Objects In Federal Investigations**, in violation of Title 18, United States Code, Section 1519)

    JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498-610

BY: _____
ANTHONY SCARPELLI
Assistant United States Attorney
Bar No. 474-711
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4816
Washington, D.C. 20530
(202) 353-1679