

## WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 07-0013 | MAGIS NO |
|---|---|---|

**V.**

**FRANCIS PEREZ**

_____

DOB:            PDID#

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

**FRANCIS PEREZ**

# FILED

### AUG 1 4 2007

**NANCY MAYER WHITTINGTON, CLERK**
U.S. DISTRICT COURT

---

WARRANT ISSUED ON THE BASIS OF:

[■] Order of Court      [ ] Information

[ ] Indictment      [ ] Complaint

DISTRICT OF ARREST

TO:    ANY UNITED STATES MARSHAL OR
OTHER AUTHORIZED OFFICER

CITY

---

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before
the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Unlawful possession with intent to distribute cocaine hydrochloride.

---

**IN VIOLATION OF:**    UNITED STATES CODE TITLE & SECTION:  21:841(a)(1)

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY<br>JAMES ROBERTSON, U.S. DISTRICT JUDGE | JUDGE/MAGISTRATE JUDGE | DATE ISSUED<br>3/2/2007 |
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE.<br>3/2/2007 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>08.14.07 | NAME AND TITLE OF ARRESTING OFFICER<br>D. L. BALDWIN<br>USMS · SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>08.14.07 | | |