FILED

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 07-0013-01 (JR) |
| | : | |
| FRANCIS PEREZ | : | **UNDER SEAL** |

**MOTION FOR EXTENSION OF TIME TO FILE**

The defendant, FRANCIS PEREZ, through undersigned counsel, hereby requests this Honorable Court to extend the time for filing a motion to withdraw the plea of guilty, from September 24 to October 31, 2007. As grounds for this motion, counsel states that he has not received the transcript of the plea proceedings that occurred on January 19, 2007. [Due to his oversight, counsel did not file a timely request to unseal the necessary records.]

Assistant United States Attorney Anthony Scarpelli has stated to counsel that the government would not object to the defendant's request.

In addition, counsel is filing an <u>ex parte</u> motion to withdraw from further representation of the defendant; and, the defendant will be requesting that new counsel be appointed.

Respectfully submitted,

John A. Briley, Jr.
DC Bar No. 65763
6205 30th Street, NW
Washington, DC 20015
(202) 364-7012

## CERTIFICATE OF SERVICE

I hereby certify that a photocopy of the foregoing <u>Motion. etc</u>. has been mailed or delivered to the following, this 24th day of September 2007.

    United States Attorney for the District of Columbia
    Attention: Anthony Scarpelli, Esq.

*/s/ John A. Briley, Jr.*
John A. Briley, Jr.