**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
FILED
SEP 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 07-0013-01 (JR) |
| | : | |
| FRANCIS PEREZ | : | **UNDER SEAL** |

**MOTION TO UNSEAL PLEA AGREEMENT AND TRANSCRIPT**

The defendant, FRANCIS PEREZ, through undersigned counsel, hereby requests this Honorable Court to unseal the plea agreement and transcript of plea proceedings, for the limited purposes of allowing the defendant to consider (and pursue, if necessary) filing a motion to withdraw his plea of guilty in this matter; and to allow the government an opportunity (if necessary) to respond.

Assistant United States Attorney Anthony Scarpelli has stated to counsel that the government would not object to the defendant's request.

Respectfully submitted,

_____
John A. Briley, Jr.
DC Bar No. 65763
6205 30th Street, NW
Washington, DC 20015
(202) 364-7012

**CERTIFICATE OF SERVICE**

I hereby certify that a photocopy of the foregoing <u>Motion. etc</u>. has been mailed or delivered to the following, this 24th day of September 2007.

      United States Attorney for the District of Columbia
      Attention: Anthony Scarpelli, Esq.

                                                                                  John A. Briley, Jr.