```
                                          FILED
   UNITED STATES DISTRICT COURT           SEP 2 6 2007
   FOR THE DISTRICT OF COLUMBIA
                                          NANCY MAYER WHITTINGTON, CLERK
                                          U.S. DISTRICT COURT
```

UNITED STATES OF AMERICA,       :
                                :
    v.                           :   Crim. Action No. 07-0013 (JR)
                                :
FRANCIS PEREZ,                  :   **S E A L E D**
                                :
    Defendant.                   :

### ORDER

Upon consideration of defendant's motion to unseal the plea agreement and transcript of plea proceedings, it is **ORDERED** that the motion is **granted**.

                                      */s/ James Robertson*
                                        JAMES ROBERTSON
                                  United States District Judge