UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Crim. No. 07-0013-01 (JR) |
| | : | |
| FRANCIS PEREZ | : | |

**SEALED**

### ORDER TO EXTEND TIME FOR FILING MOTION

For good cause shown, upon the motion of the defendant, it is hereby ordered that the time period for allowing the defendant to consider and file a motion to withdraw his plea of guilty in this matter is hereby extended to the 31st day of October 2007.

So ordered this 25th day of September 2007.

_____
James Robertson
United States District Judge

10