UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. Case No.:  07-13 |
| v. | Judge Robertson |
| | |
| FRANCIS PEREZ | |

NOTICE OF SERVICE
(Under Seal)

To the Clerk of the Court and all parties of record, this notice of service applies to the pleading Memorandum in Aid of Sentencing filed on January 15th, 2008. A copy of the pleading was provided via email to Assistant United States' Attorney Anthony Scarpelli, Esquire, on January 15th, 2008.

Respectfully submitted,


By: _____
Ron Earnest
District of Columbia Bar # 477305
8121 Georgia Avenue Suite 406
Washington, D.C.  20910
(301) 562-9255    Office
(240) 536-9194    Fax


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Service was mailed first class, to the United States' Attorney's Office on 22 Janauary, 2008.

_____
RON EARNEST