UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
v                                 :    Criminal Case No. 07-13 (JR)
                                  :    Judge Robertson
FRANCIS PEREZ,                    :
        Defendant.                :

**FILED**
MAY 2 2 2008

**CONSENT MOTION TO CONTINUE**     Clerk, U.S. District and
                                    Bankruptcy Courts

The defendant Francis Perez, through counsel and with the consent of the United States, requests that the May 27th, 2008, trial date in this matter be continued and for reasons states:

That counsel for both the United States and for the defendant have been in a trial or preparing for a retrial for the better part of eight weeks (U.S. v. A. M. Suggs, et al. 07-CR152 ESH); the trial ended on May 5th, 2008. Defense counsel was not able to meet with the defendant during that time.

That Counsel for the Defendant would like additional time to discuss alternatives to trial with the Defendant.

That the Defendant has authorized Counsel to request a continuance in this matter.

*Wherefore*, for these reasons and any others that may be advanced, Mr. Perez requests that this motion be granted and the trial date scheduled for May 27th, 2008, be continued. Both counsel are available for trial in August, 2008. August 4th, 2008, is convenient to both counsel.

**RECEIVED**

MAY 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

_____
Ron Earnest
DC Bar 477305
8121 Georgia Ave. 406
Silver Spring, MD 20910

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was mailed to AUSA Anthony Scarpelli.on May 22, 2008.

-2-