UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-13 (JR) |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| | : | and § 841(b)(1)(B)(ii) |
| FRANCIS PEREZ, | : | (Unlawful Possession With Intent to |
| Defendant | : | Distribute 500 Grams or More of |
| | : | Cocaine) |

**REFILING OF INDICTMENT**

FILED
MAY 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The United States Attorney charges that:

**COUNT ONE**

On or about September 16, 2006, within the District of Columbia, **FRANCIS PEREZ and a co-conspirator,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture an substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

**(Unlawful Possession With Intent to Distribute 500 grams or More of Cocaine and Aiding and Abetting,** in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2)

A TRUE BILL:

FOREPERSON

Attorney of the United States in
and for the District of Columbia

6/2/08
Leave to file granted.
_[signature]_
U.S. District Judge

| CLERK'S OFFICE | CO-931 |
|---|---|
| UNITED STATES DISTRICT COURT | New 3/78 |

## NOTICE OF DESIGNATION OF PENDING* RELATED CRIMINAL CASE PURSUANT TO RULE 3-4, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Criminal Number: **07-013-JR**
(To be supplied by the Clerk)

**NOTICE TO PROSECUTOR:**

Pursuant to LCrR 57.12(a)(1) of this Court's Rules, you should prepare this form and submit it to the Clerk's Office along with the indictments in any related cases. One copy is needed for the Clerk's records, once for the Judge to whom the case is assigned, and one additional copy for each defendant. Therefore, in a one defendant case you should submit 3 copies, for a two defendant case you should submit 4 copies, etc. The Clerk will mail copies of this form to all defense counsel along with the arraignment notice.

**NOTICE TO DEFENDANT:**

Rule LCrR 57.12(b)(1) of this Court's Rules requires that any objection by the defendant to the related case designation shall be served on the U. S. Attorney and filed with the Clerk within 10 days after arraignment.

**NOTICE TO ALL COUNSEL:**

Rule LCrR 57.12(b)(3) requires, in part, that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The prosecutor will please complete the following:

1. Name of defendant: **FRANCIS PEREZ**

2. Number of related case: 07-13

3. Name of Judge assigned to related case: **ROBERTSON**

4. Name of United States Court in which the related case is pending (if other than this Court:)

5. Relationship of new case to related case:

   [Check appropriate box(es)]

   [X]  (a)  New case is a superseding information.

   [ ]  (b)  More than one indictment is filed or pending against defendant.

   [ ]  (c)  Prosecution against different defendant(s) arises from:

         [ ] a common wiretap

         [ ] a common search warrant

         [ ] activities which are a part of the same alleged criminal event or transaction

(*) A case is considered pending until a defendant has been sentenced. [Rule 3-4(a)(1)]

CATEGORY A                                                                 CO-14
PLEA TO INFORMATION                                                        Rev. 12/01

                                      JUDGE: __ROBERTSON_____

                                      CRIMINAL CASE NUMBER: __07-13_____

                                      FILED: _ May 29, 2008_____

VIOLATION
& COUNTS: __21 USC 841(a)(1) and 841(b)(1)(B)(ii)_____

DEFENDANT: __FRANCIS PEREZ_____

ADDRESS: _____

DATE OF BIRTH: _____

PDID NUMBER: _____

JAIL: _____
or
BOND: _____

ARREST DATE (if none, so state): _____

MAGISTRATE NUMBER (if none, so state): _____

AUSA: __ANTHONY SCARPELLI_____353-1679_____
(Name and telephone number)

ATTORNEY FOR DEFENDANT: _____
Earnest, Ronnie
8121 Georgia Ave., Ste 406
Silver Spring, MD 20910
240 401-5277
email: ronearnest@hotmail.com
Fax: 240 536-9194

1.

**PLEASE INDICATE WHETHER OR NOT DEFENDANT HAS A PENDING CASE & NAME OF JUDGE TO WHOM ASSIGNED:**

    [ ] No Pending case.

    [ X ] Pending case is Criminal No.: __07-13_____

        Name of Judge: __JUDGE ROBERTSON_____