UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*United States of America*
Plaintiff

v.

FRANKES PEREZ
Defendant

Civil No. *Action-N. 07-0013 L* _____ (JR)

**FILED**

MAY 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

WE HAVE COME TO A VERDICT

Date: _____

Time: _____

FOREPERSON