UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Crim. Action No. 07-0013 (JR) |
| FRANCIS PEREZ, | : | |
| Defendant. | : | |

**FILED**

MAY 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**VERDICT FORM**

With respect to Count One of the indictment, on the charge of Unlawful Possession With Intent to Distribute 500 Grams or More of Cocaine, on or about September 16, 2006, we find the defendant Francis Perez:

Not Guilty:_____        Guilty:___YES___

**Answer the following question only if you found the defendant Not Guilty of Count One.**

With respect to the lesser included offense of Unlawful Possession With Intent to Distribute a Detectable Amount of Cocaine, we find the defendant Francis Perez:

Not Guilty:_____        Guilty:___YES___

This is our unanimous verdict.

FOREPERSON