UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*United States of America*    )
**Plaintiff(s)**    )
    )
    )    Civil No. 07-13(JR)
v.    )
    )
*Frances Perez*    )    **FILED**
**Defendant(s)**    )
    )    MAY 29 2008
    
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

_____

_____

_____

May 29, 2008
Date