IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) | 07-013 (JR) |
| FRANCIS PEREZ | ) ) ) | |
| Defendants | ) ) ) | |

FILED

JUL 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF APPEAL

Notice is hereby given this 24th of July, 2008, that FRANCIS PEREZ hereby appeals to the United States Court of Appeal for the District of Columbia Circuit from the judgment of this Court entered on the 15th of July, 2008, against the defendant.

\s\
Ron Earnest Bar #477305
Attorney for Defendant
(Appointed)
240-401-5277

1