CASE # 07-CR-00013-JR !! 8-15-08

Good Day:

**FILED**
AUG 29 2008
Clerk, U.S. District and Bankruptcy Courts

I Francis Perez, I am calling the united States District Court. I feel that this letter is so that the goverment need's to t thorougly investigate my rights that have been violated. I would apreciate that, that be done so. The United States Attorney, wrongfully gave a wrong address and unwillingly try make me help federal goverment. Anothy F. Scarpelli did a false Jury because I did not couaparate with police. Please respond back ASAP. GOOD DAY AND GOD Bless All!

Sincerly,
Francis Perez 311928

**RECEIVED**
AUG 2 2 2008
Clerk, U.S. District and Bankruptcy Courts
Parties notified electronically

case # 1007-CR-00013-JR:1
8/29/08
let this be filed
[signature] USDJ

Francis Perez #311928
1901 E street, S.E
Washington DC, 20003

UNITED STA[TES]
DISTRICT COURT
333 constitut[ion]
Washington, D.C

20001+2826 C002